# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**LEONARD GROVES, JR.**                                                              **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 3:010CV-P6-H**

**RONALD E. HINES**                                                            **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

The Court declines to exercise supplemental jurisdiction over the state law claims, which are **DISMISSED without prejudice** pursuant 28 U.S.C. § 1367(c)(3).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendant
4412.008